In the Matter of the Claim of MARY MOONEY, Respondent, against DELMONICO'S et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — claim for strained muscle in arm — failure to give required notice of injury excused wheñ verbal notice is given at time of injury.*

*Mooney* v. *Delmonico's*, 195 App. Div. 913, affirmed.

(Argued June 3, 1921; decided July 14, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1921, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant alleged that while in the employ of defendant Delmonico's she strained the muscle in her right arm in the course of her employment, first on December 27, 1918, while endeavoring to lift a pan of dishes, and second on December 30, 1918, when she tripped over a truck and to save herself from falling extended her right arm and aggravated the injury. Appellants contended that the required notice of injury was not given and that the findings were insufficient to sustain the award. The commission excused the failure to give written notice upon the ground that verbal notice was given at the time of injury.

*Charles B. Sullivan* and *Philip J. O'Brien* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Absent: POUND, J.